UNITED STATES of America, Plaintiff–Appellee,

v.

Benito CONTRERAS–PEREZ, Defendant–Appellant.

No. 03–40685.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2004.

James Lee Turner, Assistant US Attorney, Jeffery Alan Babcock, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Arturo Villarreal, III, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Benito Contreras–Perez (Contreras) appeals his guilty-plea conviction and sentence for illegal reentry following a prior deportation. He asserts that the sentence-enhancing provisions contained in 8 U.S.C. § 1326(b) are facially unconstitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Contreras acknowledges that his argument is foreclosed by *Almendarez–*

---

*Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but seeks to preserve the issue for further review.

*Apprendi* did not overrule *Almendarez–Torres.* *See Apprendi,* 530 U.S. at 489–90, 120 S.Ct. 2348; *United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000). This court must follow *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule it." *Dabeit,* 231 F.3d at 984 (internal quotation marks and citation omitted). The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.